**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. <u>09-cv-01649-LTB-MJW</u>

PRESTINE MENIGHAN,

     Plaintiff,

         v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
     Defendant,

---

**NOTICE OF VOLUNTARY DISMISSAL**
**(Unlawful Debt Collection Practices)**

---

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

     PRESTINE MENIGHAN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

///

///

///

///

DATED:  November 24, 2009    KROHN & MOSS, LTD.

        By:  Nicholas J. Bontrager
           Nicholas J. Bontrager, Esq.
           Krohn & Moss, Ltd.
           10474 Santa Monica Blvd., Suite 401
           Los Angeles, CA 90025
           Ph: (323) 988-2400; Fx: (866) 802-0021
           nbontrager@consumerlawcenter.com

2