**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.    09-cv-01649-LTB-MJW

PRESTINE MENIGHAN,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

       Defendant.

_____

ORDER
_____

THIS MATTER having come before the Court on the Notice of Voluntary

Dismissal (Unlawful Debt Collection Practices) it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE.**


BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: November 25, 2009